NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DARIN A. JONES,**
*Petitioner*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent*

---

2025-1197

---

Petition for review of the Merit Systems Protection Board in No. DC-315I-12-0847-R-1.

---

Before LOURIE, DYK, and TARANTO, *Circuit Judges*.

PER CURIAM.

## O R D E R

Upon consideration of the court's opinion that the above-captioned appeal be transferred to the United States District Court for the District of Columbia,

IT IS ORDERED THAT:

2                                                              JONES v. MSPB

The appeal is transferred to the United States District Court for the District of Columbia pursuant to 28 U.S.C. § 1631.

FOR THE COURT

April 21, 2026
Date                                              Jarrett B. Perlow
                                                  Clerk of Court